IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BLAKE PIKER          PLAINTIFF

v.          No. 4:11-cv-259-DPM

CALFRAC WELL SERVICES CORP.          DEFENDANT

### ORDER

The parties have jointly requested the Court to review their settlement agreement and to dismiss the case with prejudice. The Court has reviewed the agreement, now filed under seal, and finds that it "reflects a reasonable compromise over issues actually in dispute." *Galvez v. Americlean Services Corp.*, 2012 WL 2522814 (E.D. Va. 2012). The motion to approve settlement and dismiss the case with prejudice, *Document No. 12*, is granted.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2012