# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BLAKE PIKER**                                                                    **PLAINTIFF**

v.                              No. 4:11-cv-259-DPM

**CALFRAC WELL SERVICES CORP.**                            **DEFENDANT**

## JUDGMENT

Blake Piker's complaint is dismissed with prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

20 August 2012